DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSE LUIS ROMERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D24-0105

_____

April 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

PER CURIAM.

   Affirmed.

SLEET, C.J., and NORTHCUTT and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.